No. 75–6869. Weld-Harrington v. Case Western Reserve University et al. C. A. 6th Cir. Certiorari denied.

No. 75–6871. Sepulveda v. Immigration and Naturalization Service. C. A. 9th Cir. Certiorari denied.

No. 75–6873. Williams v. Howard University. C. A. D. C. Cir. Certiorari denied.

No. 75–6874. Wilson v. United States. C. A. 9th Cir. Certiorari denied.

No. 75–6875. McAlister v. California. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 75–6876. Davis v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–6877. Garner v. United States. C. A. 6th Cir. Certiorari denied.

No. 75–6878. Anderson v. Reed, Penitentiary Superintendent. C. A. 5th Cir. Certiorari denied.

No. 75–6879. Hills v. Maggio, Warden. C. A. 5th Cir. Certiorari denied.

No. 75–6880. Townsend, aka Murphy v. United States. C. A. 4th Cir. Certiorari denied.

No. 75–6881. Chester v. United States; and
No. 75–6882. Reynolds v. United States. C. A. 2d Cir. Certiorari denied.

No. 75–6885. Sheppard v. Hutto, Correction Commissioner. C. A. 8th Cir. Certiorari denied.